FILED

01/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0677

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0677

_____

JUAN ANASTASIO RODRIGUEZ,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

                           O R D E R

_____

Pursuant to Appellant's motion for a 90-day extension to time to file the opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time to and including April 22, 2024, to file the opening brief.

DATED this 11 day of January, 2024.

For the Court,

_____
Chief Justice